UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ELLIOT YASEN LAWRENCE ROSS WILLIAMS** | **CIVIL ACTION NO. 23-1486-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JILLIAN C. WHITTINGTON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Elliot Yasen Lawrence Ross Williams' Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Monroe, Louisiana, on this 29th day of February 2024.

_____
**CHIEF JUDGE TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT**